No. 759.—Baerga, recurrente, *v.* Registrador de la Propiedad de Caguas, recurrido. Junio

4, 1929. Recurrida la nota denegatoria que estampó el registrador de la propiedad al calce de una copia de la escritura de venta judicial otorgada por el márshal de la Corte de Distrito de Humacao a favor de Antonio López en abril 25, 1928, el Tribunal Supremo, tomando en consideración que en los recursos Nos. 752, 756 y 757 de este tribunal, y en fechas 24, 26 y 30 de abril de 1929 ha resuelto las mismas cuestiones que se discuten en el presente recurso gubernativo, sin que existan méritos para aplicar una doctrina distinta, declaró con lugar el recurso, ordenando la inscripción en cuanto a la mitad pro indivisa de la finca que está inscrita, a favor de María Puig y confirmando la nota en cuanto al defecto subsanable de no haber ésta aceptado en forma el contrato.